UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01552-MSK-MJW

UNITED STATES OF AMERICA, and
THE STATE OF COLORADO,

    *Plaintiffs*,

  v.

PDC ENERGY, INC.,

    *Defendant*.

## STIPULATION OF EXTENSION OF TIME FOR DEFENDANT PDC ENERGY, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT

  Pursuant to D.C.COLO.LcivR 6.1, Plaintiffs United States of America and the State of Colorado and Defendant PDC Energy, Inc. hereby stipulate to an extension of 21 days for PDC to answer or otherwise respond to Plaintiffs' Complaint. In support of the stipulated extension, the parties state as follows:

  1. Plaintiffs filed their Complaint on June 26, 2017.

  2. Plaintiffs sent their request for a waiver of the service of summons to PDC on July 11, 2017. PDC executed the waiver on July 17, 2017.

  3. PDC's answer or other response to the Complaint is currently due on September 11, 2017, pursuant to Fed. R. Civ. P. 12(a)(1)(A)(ii).

  4. D.C.COLO.LCivR 6.1 provides that, "[t]he parties may stipulate in writing to one extension of not more than 21 days beyond the time limits prescribed by the Federal Rules of

Civil Procedure to respond to a pleading or amended pleading, interrogatories, requests for production of documents, or requests for admissions. The stipulation must be filed before the expiration of the time limits to respond prescribed in the Federal Rules of Civil Procedure and shall be effective on filing, unless otherwise ordered."

5.  The undersigned parties hereby stipulate to an extension of 21 days, to October 2, 2017, for PDC to answer or otherwise respond to Plaintiffs' complaint.

6.  This is PDC's first extension of time to answer or otherwise respond.

7.  This stipulation is filed within the time limits to respond under the Federal Rules of Civil Procedure.

8.  This stipulation does not affect any date or deadline established by court order.

Dated this 31st day of August, 2017.

*s/ Mark C. Elmer*  
Mark C. Elmer  
U.S. Department of Justice  
999 18th Street, South Terrace, Suite 370  
Denver, Colorado 80202  
(303) 844-1352  

Attorney for Plaintiff United States

*s/ Jonathan W. Rauchway*  
Jonathan W. Rauchway  
Davis Graham & Stubbs LLP  
1550 17th Street, Suite 500  
Denver, Colorado 80202  
(303) 892-9400  

Attorney for Defendant PDC Energy, Inc.

*s/ Robyn Wille*_____  
Robyn Wille  
Assistant Attorney General  
Natural Resources and Environment Section  
Department of Law  
Ralph L. Carr Colorado Judicial Center  
1300 Broadway, 7th Floor  
Denver, Colorado 80203  
(720) 508-6039  

Attorney for Plaintiff State of Colorado