UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01552-MSK-MJW

UNITED STATES OF AMERICA, and
THE STATE OF COLORADO,

      *Plaintiffs*,

  v.

PDC ENERGY, INC.,

      *Defendant*.

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT PDC ENERGY, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT**

Plaintiffs United States of America and the State of Colorado and Defendant PDC Energy, Inc. jointly move for an extension of 30 days for PDC to answer or otherwise respond to Plaintiffs' Complaint. In support of the requested extension, the parties state as follows:

1. The parties have reached an agreement to resolve this case, subject to the final approval by the appropriate persons within the federal government, state government, and at PDC. All material terms of a proposed consent decree have been agreed to by counsel for the parties.

2. Plaintiffs United States of America and the State of Colorado and Defendant PDC require additional time to obtain all necessary approvals within their respective organizations.

3. PDC's answer currently is due October 2, 2017.

4. PDC has received one previous extension of time to answer, pursuant to a

stipulation between the parties dated August 31, 2017.

5. This motion is filed within the time limits to respond under the Federal Rules of Civil Procedure.

6. This motion does not affect any date or deadline established by court order.

7. The agreement by counsel to all material terms of a proposed consent decree and the need to obtain the required governmental and corporate approvals constitute good cause for the requested extension.

8. The parties anticipate they will have a fully approved, signed agreement within 30 days, and will lodge a proposed consent decree with the Court at that time. Once the proposed decree is lodged with the Court, the parties will request that all remaining case deadlines be stayed pending the required period of public comment on the proposed decree.

9. Therefore, the undersigned parties hereby jointly move for an extension of 30 days, to and including November 1, 2017, for PDC to answer or otherwise respond to Plaintiffs' complaint. In accordance with D.C. COLO. LCiv.R 6.1(c), undersigned counsel will serve a copy of this motion on their respective clients.

Respectfully submitted this 28th day of September, 2017.

| | |
|---|---|
| *s/ Mark C. Elmer* | *s/ Jonathan W. Rauchway* |
| Mark C. Elmer | Jonathan W. Rauchway |
| U.S. Department of Justice | Davis Graham & Stubbs LLP |
| 999 18th Street, South Terrace, Suite 370 | 1550 17th Street, Suite 500 |
| Denver, Colorado 80202 | Denver, Colorado 80202 |
| (303) 844-1352 | (303) 892-9400 |
| | |
| Attorney for Plaintiff United States | Attorney for Defendant PDC Energy, Inc. |

*s/ Robyn Wille*
Robyn Wille
Assistant Attorney General
Natural Resources and Environment Section
Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
(720) 508-6039

Attorney for Plaintiff State of Colorado

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT PDC ENERGY, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT** was served via the CM/ECF system on this 28th day of September, 2017, addressed to the following:

Mark C. Elmer, Senior Counsel
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
mark.elmer@usdoj.gov

*Attorney for Plaintiff USA*

Robyn L. Wille
Assistant Attorney General
Air Quality Unit
Natural Resources and Environmental Section
Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
robyn.wille@coag.gov

*Attorney for Plaintiff State of Colorado*

                                          *s/ Cally Fensten*