UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01552-MSK-MJW

UNITED STATES OF AMERICA, and
THE STATE OF COLORADO,

      *Plaintiffs*,

  v.

PDC ENERGY, INC.,

      *Defendant*.

## JOINT MOTION TO STAY ALL REMAINING CASE DEADLINES

      Plaintiffs United States of America and the State of Colorado and Defendant PDC Energy, Inc. jointly move to stay all remaining case deadlines. In support of the motion, the parties state as follows:

      1.      On September 28, 2017, the parties jointly moved for an extension of time for PDC to file an answer to the complaint. In the joint motion, the parties stated that they

> anticipate they will have a fully approved, signed agreement within 30 days, and will lodge a proposed consent decree with the Court at that time. Once the proposed decree is lodged with the Court, the parties will request that all remaining case deadlines be stayed pending the required period of public comment on the proposed decree.

Doc. No. 24 at ¶ 8. The parties now have a fully approved, signed agreement, and the proposed Consent Decree has been lodged with the Court. Therefore, the parties now request a stay of all remaining case deadlines.

2. On October 31, 2017, Plaintiffs United States of America and the State of Colorado filed a Notice of Lodging of Consent Decree with this Court. The Consent Decree has been signed by the Plaintiffs and by PDC. If entered by the Court, the Consent Decree will fully resolve this action.

3. As stated in the Notice of Lodging, the United States is required to publish notice of the proposed Consent Decree in the Federal Register to allow persons not party to this action to comment on the proposed decree. *See* 28 C.F.R. § 50.7. Unless the comments disclose facts or considerations that indicate the Decree is inappropriate, improper, inadequate, or inconsistent with the Clean Air Act's requirements, the Plaintiffs will request that the Court enter the Decree. *Id.* The Plaintiffs anticipate filing a motion to enter the Consent Decree upon the expiration of the public comment period.

4. PDC's answer is currently due on November 2, 2017. In addition, the parties are currently scheduled to appear before Magistrate Judge Watanabe for a telephonic status conference on November 6, 2017.

5. In light of the agreement reached by the parties to fully resolve this case, enforcement of these deadlines would not be an effective use of the Court's resources or those of the parties.

6. Therefore, the undersigned parties jointly move to stay all current case deadlines, including the November 2, 2017 answer date and the November 6, 2017 telephonic status conference, pending Plaintiffs' anticipated filing of a motion to enter the Consent Decree. As noted above, if the motion to enter is granted, the Consent Decree will constitute a final judgment in this case, resolving all claims of all parties.

Respectfully submitted this 31st day of October, 2017.

| | |
|---|---|
| *s/ Mark C. Elmer* | *s/ Jonathan W. Rauchway* |
| Mark C. Elmer | Jonathan W. Rauchway |
| U.S. Department of Justice | Davis Graham & Stubbs LLP |
| 999 18th Street, South Terrace, Suite 370 | 1550 17th Street, Suite 500 |
| Denver, Colorado 80202 | Denver, Colorado 80202 |
| (303) 844-1352 | (303) 892-9400 |
| Mark.Elmer@usdoj.gov | jon.rauchway@dgslaw.com |
| | |
| Attorney for Plaintiff United States | Attorney for Defendant PDC Energy, Inc. |

*s/ Robyn Wille*
Robyn Wille
Assistant Attorney General
Natural Resources and Environment Section
Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
(720) 508-6039
Robyn.Wille@coag.gov

Attorney for Plaintiff State of Colorado

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **JOINT MOTION TO STAY ALL REMAINING CASE DEADLINES** was served via the CM/ECF system on this 31st day of October, 2017, addressed to the following:

Mark C. Elmer, Senior Counsel
U.S. Department of Justice
Environmental Enforcement Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
mark.elmer@usdoj.gov

*Attorney for Plaintiff USA*

Robyn L. Wille
Assistant Attorney General
Air Quality Unit
Natural Resources and Environmental Section
Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, CO 80203
robyn.wille@coag.gov

*Attorney for Plaintiff State of Colorado*

                                          *s/ Amanda Turney*