IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:17-cv-01552-MSK-MJW

UNITED STATES OF AMERICA, and
STATE OF COLORADO,

        Plaintiffs,

  v.

PDC ENERGY, INC.,

        Defendant.

## JOINT STIPULATION OF TERMINATION OF CONSENT DECREE AS TO TANK SYSTEM 209 (OWEN 12-3)

The United States of America, on behalf of the U.S. Environmental Protection Agency ("EPA"), the State of Colorado, on behalf of the Colorado Department of Public Health and Environment ("CDPHE"), and PDC Energy, Inc. ("PDC") (collectively the "Parties") hereby stipulate to (1) terminating the requirements of the Consent Decree (Doc. No. 26-1) as to Tank System 209 (Owen 12-3) (the "Tank System") and (2) updating Appendix A-1 to the Consent Decree to reflect that the Tank System is no longer subject to the requirements of the Consent Decree.

    1.    Paragraph 95 of the Consent Decree allows PDC to seek termination of the Consent Decree as to a limited number of specific Tank Systems. In order to seek termination pursuant to this provision, PDC must have (a) completed an engineering evaluation for the Tank System, (b) completed any necessary modifications to the Tank System, and (c) submitted to EPA and CDPHE a "certification of completion report" as required by Paragraphs 10, 11, and 95

of the Consent Decree. In addition, if the Tank System has been equipped with a tank pressure monitor, PDC must have moved the tank pressure monitor to another Tank System in accordance with Paragraph 95.a.(2) of the Consent Decree. The request for termination must be in writing and contain the information described in Paragraph 95(a) of the Consent Decree. Finally, any individual request for termination may not include more than 7.5% of the Tank Systems subject to the Consent Decree, and under no circumstances may PDC seek to terminate the requirements of the Consent Decree as to more than 15% of all Tank Systems subject to the Consent Decree.

2. On January 11, 2021, PDC submitted a written request to terminate the provisions of the Consent Decree as to the Tank System. Along with this request, PDC provided supporting documentation, including:

   a. Certification of Completion Report for the Tank System;

   b. Status of Tank Pressure Monitoring obligations related to the Tank System;

   c. Confirmation that the request to terminate does not exceed 7.5% of all Tank Systems subject to the Consent Decree and PDC has not sought to terminate more than 15% of all Tank Systems subject to the Consent Decree; and

   d. Confirmation of compliance with, to the extent applicable, other Consent Decree provisions.

3. EPA and CDPHE have reviewed PDC's written request and supporting documentation. Based on the written request and supporting documentation, EPA and CDPHE consent to PDC's request to terminate the requirements of the Consent Decree as to the Tank System.

4. For clarity of the continuing applicability of the provisions of the Consent Decree to all other Tank Systems, PDC has prepared an updated Appendix A-1, which removes the Tank System. The updated Appendix A-1 includes in the header "Revised January 19, 2021 Appendix

A-1 – Tank Systems Subject to the Consent Decree," and is attached as Exhibit 1 to this Stipulation. For further clarity, a second version of the updated Appendix A-1, red-lined to show changes from the prior approved Appendix A-1, is attached to this Stipulation as Exhibit 2 and includes the header "Red-lined Revised January 19, 2021 Appendix A-1 – Tank Systems Subject to the Consent Decree."

     5.    The Parties have reviewed the terms of the Consent Decree and agree that EPA's and CDPHE's consent to PDC's request to terminate the requirements of the Consent Decree as to the Tank System is specifically set forth in the Consent Decree and is therefore not a modification. Similarly, the Parties agree that updating Appendix A-1 to the Consent Decree is not a material modification of the Consent Decree and is being filed with the Court so that the Court has an accurate record.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA:

s/ Mark C. Elmer
MARK C. ELMER
Senior Counsel
Environmental Enforcement Section
U.S. Department of Justice
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
(303) 844-1352 (Phone)
(303) 844-1350 (Fax)
Mark.Elmer@usdoj.gov

FOR THE STATE OF COLORADO

s/ Laura Terlisner Mehew
LAURA TERLISNER MEHEW
Senior Assistant Attorney General
Air Quality Unit
Natural Resources and Environment Section
Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 7th Floor
Denver, Colorado 80203
(303) 508-6000 (Phone)
(303) 508-6039 (Fax)
Lt.mehew@coag.gov

FOR PDC ENERGY, INC.

s/ Radcliffe Dann, IV
RADCLIFFE ("RANDY") DANN, IV
Davis Graham & Stubbs LLP
1550 17th Street, Suite 500
Denver, Colorado 80202
(303) 892-7453 (Phone)
(303) 893-1379 (Fax)
Randy.Dann@dgslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 10, 2021 a true and correct copy of the foregoing JOINT STIPULATION OF TERMINATION OF CONSENT DECREE AS TO TANK SYSTEM 209 (OWEN 12-3) was served via the CM/ECF system on:

Laura Terlisner Mehew
*Counsel for Plaintiff State of Colorado*

Jonathan Rauchway
Michael Kotlarczyk
Radcliffe Dann, IV
*Counsel for Defendant PDC Energy, Inc.*

/s/ Mark C. Elmer
Mark C. Elmer